UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| PLAINTIFF, | ) | Case No. 3:11-00098 |
| vs. | ) | and 3:12-0143 |
| | ) | JUDGE HAYNES |
| GARY PITTS, JR. | ) | |
| DEFENDANT. | ) | |

*[Handwritten annotations: "Granted. Motion is Granted. Hearing is reset for Friday, March 21, 2014 at 3:00 pm" with judge's initials]*

MOTION TO RESET SENTENCING HEARING

Comes now the Defendant, Gary Pitts, Jr., by and through counsel, and requests that this Honorable Court reset the sentencing hearing in the above cases to Friday, March 21, 2014. The sentencing hearing is currently set for Friday, March 14, 2014. A three-day death penalty training course has become available for the undersigned counsel which is set for March 13th through 15th in Louisville, Kentucky. If possible, the undersigned counsel would like to attend this training event because he is currently involved in a death penalty eligible case in this district. However, if it is not convenient for this Honorable Court to reset the sentencing hearing to March 21, 2014, counsel is ready and able to represent the Defendant on March 14, 2014.

Respectfully Submitted,

s/ *John E. Nicoll*
_____
JOHN E. NICOLL, BPR #020228
The Nicoll Law Firm
Attorney for Defendant
112 Bainbridge Drive
Clarksville, TN 37043
931-378-5499

1